

# NUMBER 13-13-00634-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROGELIO CABRERA,**          **APPELLANT,**

**v.**

**GPS HOLDINGS, LLC, A TEXAS
LIMITED LIABILITY COMPANY
AND GUSTAVO F. STERN,**          **APPELLEES.**

---

### On Appeal from the 138th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Rogelio Cabrera, appealed a judgment entered by the 138th District Court of Cameron County, Texas. On January 6, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

The notice was sent to appellant's last known forwarding address; however, the notice was returned as not deliverable. The Court sent a second notice on February 6, 2014 regular mail, which was not returned. Appellant has not responded to the notice from the Clerk or paid the $195.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, and fax number, if any." *See* TEX. R. APP. P. 9.1(b). Appellant has neither provided this court with a forwarding address nor taken any other action to prosecute this appeal.

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the 6th
day of March, 2014.

2